# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 25-1949

———————————————

United States of America

*Plaintiff - Appellee*

v.

Razvan Trasca

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the District of Nebraska

——————————

Submitted: November 26, 2025
Filed: December 3, 2025
[Unpublished]

——————————

Before SMITH, GRUENDER, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Razvan Trasca appeals the above-Guidelines-range sentence imposed by the district court[1] after he pled guilty to fraud offenses, and later entered a "Plea and

———————————————

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.

Sentencing Agreement" containing an appeal waiver. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Upon careful review, we conclude the appeal waiver is valid, enforceable, and applicable to the issue raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (reviewing validity and applicability of appeal waiver de novo); *United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (enforcing an appeal waiver if the appeal falls within the scope of the waiver, defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice). We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver. Accordingly, we grant counsel leave to withdraw and dismiss this appeal.

_____